UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FABIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-07248-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 13 |

On October 27, 2025, the Parties informed the Court that the above captioned matter settled. They expect to file a stipulation of dismissal within sixty days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice. All other pending dates and deadlines, including the December 1, 2025 initial case management conference, are hereby vacated.

**IT IS SO ORDERED**.

Dated: October 28, 2025

_____
SALLIE KIM
United States Magistrate Judge